1034

THE STATE OF WASHINGTON, *Respondent*, v. RAALLAN GARRED, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 97-1-01116-9, Marywave Van Deren, J., entered July 2, 1999. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Houghton and Bridgewater, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. ERIC DAVID MARKOSKIE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-1-04577-1, Grant L. Anderson, J., entered March 31, 1999. *Affirmed* by unpublished opinion per Armstrong, C.J., concurred in by Seinfeld and Houghton, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL W. RAINS, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 98-1-00669-6, Wm. Thomas McPhee, J., entered March 18, 1999. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan and Bridgewater, JJ.

GENE GENDRON, ET AL., *Appellants*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 96-2-00775-8, James E. Warme, J., entered December 14, 1998. *Affirmed* by unpublished opinion per Van Deren, J. Pro Tem., concurred in by Hunt, A.C.J., and Seinfeld, J.